Santana PEREZ, Relator, v. William M.
HOLLAND et al., Respondents.

No. 11140.

Court of Civil Appeals of Texas. Galveston.

Aug. 1, 1940.

Harry B. Berry, of San Antonio, for relator.

Gammage, Gammage & Bauer and Charles D. Bauer, all of Houston, for respondents.

PER CURIAM.

The application of relator for writ of mandamus was set for hearing on July 29, 1940, but both relator and respondents failed to appear except by said application and by answer of respondents, and by briefs filed herein. The Hon. William M. Holland has filed by way of answer a full statement of facts which is not disputed, which, in our opinion, requires, as a matter of law, that the application for the writ of mandamus be refused, and it is hereby refused.

Refused.

TECHNICAL CHEMICAL COMPANY, Appellant, v. O. R. FLANNAGAIN, Appellee.

No. 3688.

Court of Civil Appeals of Texas. Beaumont.

June 27, 1940.

House & House, of Dallas, for appellant.

Reasonover & Reasonover and Ellsworth A. Weinberg, all of Dallas, for appellee.

COMBS, Justice.

This suit originated in the county court of Dallas County at Law No. 1 and involves money demand of $200. Judgment was entered by the trial court in favor of the appellee, who was plaintiff, for that amount. We have carefully examined the record and finding no reversible error, the judgment of the trial court is affirmed without written opinion. See Texas & N. O. R. R. Co. v. Futch, Tex.Civ.App., 127 S.W.2d 1040.